UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| CHARLES C. FREENY III, BRYAN E. FREENY, AND JAMES P. FREENY, <br><br> PLAINTIFFS, <br><br> V. <br><br> WALT DISNEY PARKS AND RESORTS WORLDWIDE, INC. AND DISNEY ONLINE, <br><br> DEFENDANTS. | Case No. 2:17-cv-0155-RWS-RSP <br><br> JURY TRIAL DEMANDED |

## JOINT MOTION TO STAY ALL DEADLINES AND NOTICE OF SETTLEMENT

Plaintiffs Charles C. Freeny III, Bryan E. Freeny, and James P. Freeny (collectively "the Freenys") and Defendants Walt Disney Parks and Resorts Worldwide, Inc. and Disney Online (collectively, "Disney") respectfully move the Court to stay all pending deadlines in the case for 30 days until July 14, 2017.

The Freenys and Disney have settled, in principle, all matters in controversy between the parties and are in the process of finalizing settlement and dismissal papers for this action, and therefore respectfully request that the Court enter an Order staying all deadlines in this case until July 14, 2017. A Proposed Order reflecting the parties' request for a stay is filed herewith.

Dated: June 13, 2017                                  Respectfully submitted,

                                                      /s/ Jennifer L. Gilbert
                                                      Jennifer L. Gilbert

                                                      BANYS, P.C.
                                                      Christopher D. Banys    SBN: 230038 (California)
                                                      Richard C. Lin          SBN: 209233 (California)

Jennifer L. Gilbert        SBN: 255820 (California)
1032 Elwell Court, Suite 100
Palo Alto, CA 94303
Tel: (650) 308-8505
Fax: (650) 353-2202
cdb@banyspc.com
rcl@banyspc.com
jlg@banyspc.com

LOCAL COUNSEL:

TRUELOVE LAW FIRM, PLLC
Kurt Truelove
Texas Bar No. 24013653
100 West Houston
P.O. Box 1409
Marshall, Texas 75671
Telephone: (903) 938-8321
Facsimile: (903) 215-8510
Email: kurt@truelovelawfirm.com

**ATTORNEYS FOR PLAINTIFFS**
**CHARLES C. FREENY III, BRYAN E. FREENY,**
**AND JAMES P. FREENY**

*/s/ Jon Y. Chow*
Jon Y. Chow

**ATTORNEY FOR DEFENDANTS WALT**
**DISNEY PARKS AND RESORTS WORLDWIDE,**
**INC. AND DISNEY ONLINE**

## **CERTIFICATE OF SERVICE**

     I hereby certify that on June 13, 2017, a copy of the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  Pursuant to Local Rule CV-5(a)(3)(A) this document was served on all counsel who are deemed to have consented to electronic service.

                                            */s/ Tiffany Dang*
                                            Tiffany Dang