# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### MARSHALL DIVISION

| | |
|---|---|
| CHARLES C. FREENY III, BRYAN E. FREENY, and JAMES P. FREENY, | |
| Plaintiffs, | |
| v. | CASE NO. 2:17-cv-0155-RWS-RSP |
| WALT DISNEY PARKS AND RESORTS WORLDWIDE, INC. AND DISNEY ONLINE, | |
| Defendants. | |

## ORDER OF DISMISSAL WITH PREJUDICE

In consideration of Plaintiffs Charles C. Freeny III, Bryan E. Freeny, and James P. Freeny's filing of a Notice of Voluntary Dismissal With Prejudice before an answer or motion for summary judgment has been filed by Defendants Walt Disney Parks and Resorts Worldwide, Inc. and Disney Online, the Court hereby dismisses all claims against Walt Disney Parks and Resorts Worldwide, Inc. and Disney Online with prejudice in accordance with Fed. R. Civ. P. 41(a)(1)(A)(i).

**SIGNED this 4th day of July, 2017.**

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE